WILLIAMS *v.* THE STATE.

SIMMONS, C. J.   1. Section 396 of the Penal Code, making it penal to use obscene, vulgar, or profane language in the presence of a female, must be held, under the rule of strict construction applicable to penal statutes, to contemplate spoken words only.   *Stevenson* v. *State,* 90 *Ga.* 456.

2. Where, therefore, an indictment alleged that the accused used obscene and vulgar language in the presence of a female by delivering to her a written communication set out in the indictment, a demurrer thereto on the ground that the indictment charged no offense against the laws of this State should have been sustained.

*Judgment reversed.   By five Justices.*

Argued January 19,— Decided February 6, 1903.

Indictment for misdemeanor. Before Judge Nottiogham. City court of Macon. December 15, 1902.

*Charles H. Hall Jr.,* for plaintiff in error.
*William Brunson, solicitor-general,* contra.